# SUPREME COURT OF INDIANA

| | | | |
|---|---|---|---|
| Bellwether Properties, LLC v. Duke Energy Indiana, LLC | 59 N.E.3d 1037 | 03/02/2017 | Transfer granted. |
| Stansbury v. State | 68 N.E.3d 623 | 03/02/2017 | Transfer denied. All Justices concur. |
| Trujillo v. State | 66 N.E.3d 1005 | 03/02/2017 | Transfer denied. All Justices concur. |
| Stone v. State | 45A03–1601–CR–115 | 03/02/2017 | Transfer denied. All Justices concur. |
| Rhodes v. State | 61 N.E.3d 405 | 03/02/2017 | Transfer denied. All Justices concur. |
| Spiegel v. State | 68 N.E.3d 1129 | 03/02/2017 | Transfer denied. All Justices concur. |
| Smith v. State | 69 N.E.3d 959 | 03/02/2017 | Transfer denied. All Justices concur. |
| Watkins v. State | 68 N.E.3d 1129 | 03/02/2017 | Transfer denied. All Justices concur. |
| V. Ganz Builders and Development Co. Inc. v. Pioneer Lumber Inc. | 59 N.E.3d 1025 | 03/02/2017 | Transfer denied. All Justices concur. |
| Neale v. State | 69 N.E.3d 952 | 03/02/2017 | Transfer denied. All Justices concur. |
| Meridian Health Service Corp. v. Bell | 65 N.E.3d 611 | 03/02/2017 | Transfer denied. All Justices concur. |
| Davis v. State | 69 N.E.3d 958 | 03/02/2017 | Transfer denied. All Justices concur. |
| Funk v. State | 69 N.E.3d 957 | 03/02/2017 | Transfer denied. All Justices concur. |
| Bacon v. State | 69 N.E.3d 954 | 03/02/2017 | Transfer denied. All Justices concur. |
| D.P. v. State | 69 N.E.3d 954 | 03/02/2017 | Transfer denied. All Justices concur. |
| Giger v. State | 68 N.E.3d 1130 | 03/02/2017 | Transfer denied. All Justices concur. |
| Phillips v. Lloyd | 66 N.E.3d 1011 | 03/02/2017 | Transfer denied. All Justices concur. |
| Hickingbottom v. State | 69 N.E.3d 950 | 03/02/2017 | Transfer denied. All Justices concur. |
| Marshall v. Marshall | 68 N.E.3d 624 | 03/02/2017 | Transfer denied. All Justices concur. |
| Gardenour v. Bondelie | 60 N.E.3d 1109 | 03/02/2017 | Transfer denied. All Justices concur. |
| Mathews v. State | 64 N.E.3d 1250 | 03/02/2017 | Transfer denied. All Justices concur. |
| Morris v. Custom Kitchen & Baths | 64 N.E.3d 912 | 03/02/2017 | Transfer denied. All Justices concur. |